KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Richard.Pomeroy@usdoj.gov
Alaska Bar No. 8906031

Attorney for Defendant United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CORY B. ZERNIA, | ) |
| | ) Case No. 3:13-cv-_____ |
| Plaintiff, | ) |
| | ) **NOTICE OF REMOVAL** |
| vs. | ) |
| | ) |
| BRADLEY SPARKS, M.D. | ) |
| | ) |
| Defendant. | ) |
| | ) |

Bradley Sparks, M.D., through counsel, notifies this court of the removal of this action from the Superior Court for the State of Alaska, Third Judicial District at Anchorage.  This notice is based upon the following.

1. Plaintiff filed a Complaint against Defendant Bradley Sparks, M.D. in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, *Cory B. Zernia v. Bradley Sparks, M.D.,* Case No. 3AN-12-10952 CI. Plaintiff has alleged medical malpractice against the defendant for medical services plaintiff received from the defendant. A copy of the Complaint is attached with this Notice of Removal.

2. United States Attorney for the District of Alaska, Karen L. Loeffler, has certified that, with respect to the allegations in plaintiff's Complaint, defendant Bradley Sparks, M.D., is deemed to be an employee of the Federal Government for purposes of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80, pursuant to the Indian Self-Determination and Education Assistance Act (ISDEAA). Pub. L. No. 93-638, 25 U.S.C. § 450-450n. The Certification of the U.S. Attorney is filed with this Notice.

3. The Federal Tort Claims Act, 28 U.S.C. § 2679(d)(2), provides that, upon certification by the Attorney General that the Defendant employee was acting within the scope of his federal employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed at any time

before trial to the district court of the United States for the district in which the action is pending.

4. The remedy provided by the FTCA for tort claims against the United States is the exclusive remedy and this Notice of Removal is brought pursuant to 28 U.S.C. § 2679(d)(2), 28 U.S.C. § 2679(d)(1), and 28 U.S.C. § 2675.

5. A Notice of Filing Removal of a Civil Action, together with a copy of this Notice are being filed with the State court where the action is pending.

RESPECTFULLY SUBMITTED, on May 8, 2013, at Anchorage, Alaska.

          KAREN L. LOEFFLER
          United States Attorney

          s/Richard L. Pomeroy
          Assistant U.S. Attorney
          Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2013,
a copy of the foregoing
was served on:

George Kapolchok
360 K Street, Suite 100
Anchorage, AK 99501


s/Richard Pomeroy



*Zernia v. Sparks*
Case No. 3:13-cv-_____          3