KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Richard.Pomeroy@usdoj.gov
Alaska Bar No. 8906031

Attorney for Defendant United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| CORY B. ZERNIA, | ) | |
|---|---|---|
| | ) | Case No. 3:13-cv-00074-SLG |
| Plaintiff, | ) | |
| | ) | **MOTION TO SUBSTITUTE** |
| vs. | ) | **UNITED STATES AS PROPER** |
| | ) | **DEFENDANT** |
| BRADLEY SPARKS, M.D. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, through counsel, pursuant to 28 U.S.C. § 2679(d)(2), moves to substitute the United States as the party defendant in place of Bradley Sparks, M.D.

Under 28 U.S.C. § 2679(b)(1), the remedy against the United States, as provided in 28 U.S.C. § 1346(b), for a negligence action against a federal employee, is exclusive of any other civil action for money damages. Title 28 U.S.C. § 2679(d)(2) provides that upon certification by the Attorney General that the defendant employee was acting within the scope of his federal employment at the time of the incident out of which the claim arose, any civil action on such claim "shall be deemed an action against the United States under the provisions of this title . . . and the United States shall be substituted as the party defendant."

The United States Attorney for the District of Alaska, Karen L. Loeffler, has certified that with regard to the allegations in plaintiff's Complaint, that defendant Bradley Sparks, M.D. is deemed to be a federal employee for purposes of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-80. Further, the U.S. Attorney has certified that with respect to the allegations in the Complaint, Bradley Sparks, M.D. was acting within the scope of his federal employment for certification and removal under 28 U.S.C. § 2679(d)(2).

Therefore, under 28 U.S.C. § 2679(d)(2), defendant files this Motion to Substitute the United States as the Proper Party Defendant in place of

Bradley Sparks, M.D. with respect to the tort claims alleged in plaintiff's Complaint.

RESPECTFULLY SUBMITTED, on May 10, 2013, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2013,
a copy of the foregoing
was served electronically on:

George Kapolchok

s/Richard Pomeroy

*Zernia v. Sparks*
Case No. 3:13-cv00074-SLG            3