IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| CORY B. ZERNIA, | ) | |
|---|---|---|
| | ) | Case No. 3:13-cv-00074-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER SUBSTITUTING** |
| | ) | **UNITED STATES AS** |
| UNITED STATES OF AMERICA, | ) | **DEFENDANT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States' Motion to Substitute as the proper defendant in this action is GRANTED. The United States shall be substituted as the defendant in this action in place of Bradley Sparks, M.D.

The Clerk of Court is directed to amend the case caption accordingly.

Dated: this10th day of May, 2013.

*/s/ Sharon L. Gleason*
United States District Judge
