KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Richard.Pomeroy@usdoj.gov
Alaska Bar No. 8906031

Attorney for Defendant United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CORY B. ZERNIA, | ) |
| | ) Case No. 3:13-cv-00074-SLG |
| Plaintiff, | ) |
| | ) **STIPULATION FOR** |
| vs. | ) **DISMISSAL WITHOUT** |
| | ) **PREJUDICE** |
| UNITED STATES of AMERICA | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties, through counsel, stipulate to a dismissal without prejudice, each party to bear their own attorney's fees and costs.

RESPECTFULLY SUBMITTED, on May 13, 2013, at Anchorage, Alaska.

    KAREN L. LOEFFLER
    United States Attorney

    s/Richard L. Pomeroy
    Assistant U.S. Attorney
    Attorney for Defendant


    GEORGE KAPOLCHOK LAW OFFICES

    s/George M. Kapolchok (Consent)
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2013,
a copy of the foregoing
was served electronically on:

George Kapolchok


s/Richard Pomeroy

*Zernia v. Sparks*
Case No. 3:13-cv-00074-SLG     2