IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| CORY B. ZERNIA, | ) | |
|---|---|---|
| | ) | Case No. 3:13-cv-00074-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that this case is dismissed without prejudice, each party to bear its own attorney's fees and costs.

Date: this 17th day of May, 2013.

/s/ Sharon L. Gleason
United States District Judge